**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Texas**
(State)

Case number *(if known)*: ____________ Chapter 11

☐Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's Name** | **FAT Brands Development 1 LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | **N/A** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2240242** |
| 4. | **Debtor's address** | **Principal place of business**<br>**9720 Wilshire Blvd., Suite 500**<br>Number Street<br>**Beverly Hills California 90212**<br>City State Zip Code<br>**Los Angeles**<br>County<br><br>**Mailing address, if different from principal place of business**<br>Number Street<br>City State Zip Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number Street<br>City State Zip Code |
| 5. | **Debtor's website** (URL) | **https://www.fatbrands.com/** |
| 6. | **Type of debtor** | ☒Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐Partnership (excluding LLP)<br>☐Other. Specify: |

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7225 (Restaurants and Other Eating Places)**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the **Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11** (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes District ________ When ________ (MM/DD/YYYY) Case number ________

District ________ When ________ (MM/DD/YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes Debtor **See Attached Rider 1** Relationship ________

District ________ When: **1/26/2026** (MM / DD / YYYY)

Case number, if known ________

Debtor FAT Brands Development 1 LLC
Name

Case number *(if known)*

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number Street

City State Zip Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐1-49 | ☒1,000-5,000 | ☐25,001-50,000 |
| ☐50-99 | ☐5,001-10,000 | ☐50,001-100,000 |
| ☐100-199 | ☐10,001-25,000 | ☐More than 100,000 |
| ☐200-999 | | |

**15. Estimated assets***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐$0-$50,000 | ☐$1,000,001-$10 million | ☐$500,000,001-$1 billion |
| ☐$50,001-$100,000 | ☐$10,000,001-$50 million | ☒$1,000,000,001-$10 billion |
| ☐$100,001-$500,000 | ☐$50,000,001-$100 million | ☐$10,000,000,001-$50 billion |
| ☐$500,001-$1 million | ☐$100,000,001-$500 million | ☐More than $50 billion |

**16. Estimated liabilities***

***Consolidated for all Debtors.**

| | | |
|---|---|---|
| ☐$0-$50,000 | ☐$1,000,001-$10 million | ☐$500,000,001-$1 billion |
| ☐$50,001-$100,000 | ☐$10,000,001-$50 million | ☒$1,000,000,001-$10 billion |
| ☐$100,001-$500,000 | ☐$50,000,001-$100 million | ☐$10,000,000,001-$50 billion |
| ☐$500,001-$1 million | ☐$100,000,001-$500 million | ☐More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/07/2026**
MM/ DD / YYYY

✘ ***/s/ John C. DiDonato***
Signature of authorized representative of debtor

**John C. DiDonato**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

✘ ***/s/ Timothy A. ("Tad") Davidson II***
Signature of attorney for debtor

Date **04/07/2026**
MM/DD/YYYY

**Timothy A. ("Tad") Davidson II**

**Hunton Andrews Kurth LLP**
Firm name

**600 Travis Street, Suite 4200**
Number Street

**Houston** **TX** **77002**
City State ZIP Code

**713-220-4200**
Contact phone

**taddavidson@Hunton.com**
Email address

**24012503** **TX**
Bar number State

# RIDER 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On January 26, 2026, each of the affiliated entities listed below (including the debtor in this chapter 11 case, whose petition was filed on the date hereof (the "***Additional Debtor***" and together with the affiliated entities below, collectively, the "***Debtors***") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. Contemporaneously with the filing of the Additional Debtor's voluntary petition, the Debtors are filing a motion with the Court requesting that the chapter 11 case of the Additional Debtor be consolidated with the jointly-administered cases of the other Debtors, for procedural purposes only, and jointly administered.

| Entity Name | Federal Employee Identification Number (EIN) | Case Number |
|---|---|---|
| AFB Dissolution LLC | N/A | 26-90134 (ARP) |
| Barbeque Integrated, Inc. | 26-1305332 | 26-90144 (ARP) |
| BC Canyon LLC | 46-5547406 | 26-90149 (ARP) |
| Bonanza Restaurant Company LLC | 75-2558180 | 26-90155 (ARP) |
| Buffalo's Franchise Concepts Inc. | 58-1867374 | 26-90161 (ARP) |
| EB Franchises, LLC | 84-2125672 | 26-90170 (ARP) |
| FAT Brands Fazoli's Native I, LLC | 87-3518108 | 26-90177 (ARP) |
| FAT Brands GFG Royalty I, LLC | 87-1146895 | 26-90187 (ARP) |
| FAT Brands Inc. | 82-1302696 | 26-90126 (ARP) |
| FAT Brands Management, LLC | 83-2443246 | 26-90194 (ARP) |
| FAT Brands Royalty I, LLC | 84-3890924 | 26-90207 (ARP) |
| FAT GFG Notes I, LLC | 33-1715597 | 26-90214 (ARP) |
| FAT Royalty Notes I LLC | 33-4202844 | 26-90221 (ARP) |
| FAT Virtual Restaurants LLC | 85-3553952 | 26-90228 (ARP) |
| Fatburger North America, Inc. | 95-4263539 | 26-90238 (ARP) |
| Fazoli's Franchising Systems Canada, LLC | 93-3650313 | 26-90275 (ARP) |
| Fazoli's Franchising Systems, LLC | 20-5654155 | 26-90278 (ARP) |
| Fazoli's Group, Inc. | 20-5593089 | 26-90284 (ARP) |
| Fazoli's Holdings, LLC | 47-4404589 | 26-90287 (ARP) |
| Fazoli's Joint Venture, Ltd. | 61-1236125 | 26-90290 (ARP) |
| Fazoli's Promotions, Inc. | 85-3210503 | 26-90293 (ARP) |
| Fazoli's Restaurant Group, Inc. | 20-5593113 | 26-90294 (ARP) |
| Fazoli's Systems Management, LLC | 20-5654043 | 26-90281 (ARP) |
| FB Resid Holdings I, LLC | 93-2071074 | 26-90285 (ARP) |

| Entity Name | Federal Employee Identification Number (EIN) | Case Number |
|---|---|---|
| FB SAMO Sepulveda, LLC | 39-2497830 | 26-90132 (ARP) |
| Fog Cap Acceptance Inc. | 20-1067376 | 26-90129 (ARP) |
| Fog Cap Development LLC | 54-2117394 | 26-90131 (ARP) |
| Fog Cutter Acquisition LLC | 52-2081138 | 26-90137 (ARP) |
| GAC Brand and Marketing Fund, LLC | 26-1716292 | 26-90142 (ARP) |
| GAC Corporate Holdings, LLC | 32-0384384 | 26-90147 (ARP) |
| GAC Franchise Brands, LLC | 26-1716514 | 26-90151 (ARP) |
| GAC Franchising, LLC | 26-1716152 | 26-90157 (ARP) |
| GAC Manufacturing, LLC | 26-1716387 | 26-90163 (ARP) |
| GAC Supply, LLC | 26-1716337 | 26-90167 (ARP) |
| GFG Holding, Inc. | 27-3005957 | 26-90171 (ARP) |
| GFG Intermediate Holding, Inc. | 47-2523148 | 26-90174 (ARP) |
| GFG Management LLC | 27-2961755 | 26-90179 (ARP) |
| Global Franchise Group, LLC | 27-2563553 | 26-90184 (ARP) |
| GMR of Pennsylvania-SB Properties, LLC | N/A | 26-90193 (ARP) |
| HDOS Acquisition, LLC | 47-1539114 | 26-90200 (ARP) |
| HDOS Brand and Marketing Fund, LLC | 47-1596556 | 26-90206 (ARP) |
| HDOS Franchise Brands, LLC | 38-3936757 | 26-90213 (ARP) |
| HDOS Franchising, LLC | 61-1743125 | 26-90217 (ARP) |
| HDOS Showcase, LLC | N/A | 26-90223 (ARP) |
| Homestyle Dining LLC | 31-1365822 | 26-90229 (ARP) |
| Hurricane AMT, LLC | 26-3886825 | 26-90235 (ARP) |
| Integrated Card Solutions, LLC | 46-4096595 | 26-90240 (ARP) |
| Johnny Rockets Holding Company | 90-0989614 | 26-90244 (ARP) |
| Johnny Rockets Licensing Canada, LLC | 30-0878905 | 26-90247 (ARP) |
| Johnny Rockets Licensing, LLC | 95-4083968 | 26-90250 (ARP) |
| LS GFG Holdings Inc. | 83-2298236 | 26-90255 (ARP) |
| MaggieMoo's Brand and Marketing Fund, LLC | 13-4358196 | 26-90270 (ARP) |
| MaggieMoo's Franchise Brands, LLC | 52-2004951 | 26-30473 (ARP) |
| MaggieMoo's Franchising, LLC | 32-0198662 | 26-90136 (ARP) |
| Marble Slab Brand and Marketing Fund LLC | 13-4358198 | 26-90141 (ARP) |
| Marble Slab Franchise Brands, LLC | 59-3838568 | 26-90145 (ARP) |
| Marble Slab Franchising, LLC | 35-2294024 | 26-90150 (ARP) |
| Mini Bake By Great American Cookies, LLC | 32-0834280 | 26-90156 (ARP) |
| Mini-Bake by GAC LLC | N/A | 26-90162 (ARP) |
| MSC Corporate Holdings, LLC | 46-0835018 | 26-90168 (ARP) |

| Entity Name | Federal Employee Identification Number (EIN) | Case Number |
|---|---|---|
| Native Grill and Wings Franchising, LLC | 47-5006664 | 26-90176 (ARP) |
| PM Brand and Marketing Fund, LLC | 77-0694365 | 26-90181 (ARP) |
| PM Corporate Holdings, LLC | 46-0766705 | 26-90186 (ARP) |
| PM Franchise Brands, LLC | 77-0694362 | 26-90192 (ARP) |
| PM Franchising, LLC | 77-0694361 | 26-90198 (ARP) |
| Ponderosa Franchising Company LLC | 75-2558184 | 26-90204 (ARP) |
| Ponderosa International Development, Inc. | 31-1043916 | 26-90210 (ARP) |
| PT Brand and Marketing Fund, LLC | 77-0694368 | 26-90220 (ARP) |
| PT Franchise Brands, LLC | 77-0694367 | 26-90227 (ARP) |
| PT Franchising, LLC | 77-0694366 | 26-90234 (ARP) |
| Puerto Rico Ponderosa Inc. | 31-1158438 | 26-90239 (ARP) |
| Round Table Advertising Fund (C Corp) | 94-2682432 | 26-90245 (ARP) |
| Round Table Advertising LLC | N/A | 26-90249 (ARP) |
| Round Table Development Company | 94-3119503 | 26-90254 (ARP) |
| Round Table Franchise Corporation | 94-2545455 | 26-90258 (ARP) |
| Round Table Pizza Nevada, LLC | 88-0348180 | 26-90262 (ARP) |
| Round Table Pizza, Inc. | 94-2601302 | 26-90266 (ARP) |
| Seeds of Compassion Fund, Inc. | 61-1328865 | 26-90139 (ARP) |
| Smokey Bones (Florida), LLC | 26-0385178 | 26-90146 (ARP) |
| The Johnny Rockets Group, Inc. | 95-4549800 | 26-90153 (ARP) |
| TP Franchise Austin, LLC | 26-0494754 | 26-90160 (ARP) |
| TP Franchise Round Rock, LLC | 26-1612105 | 26-90166 (ARP) |
| TP Franchise Venture I, LLC | 26-0494734 | 26-90175 (ARP) |
| TP GA, LLC | 87-3186810 | 26-90183 (ARP) |
| TP Texas Beverage Services, LLC | 26-1377725 | 26-90190 (ARP) |
| TP Texas Beverages, LLC | 20-1377760 | 26-90199 (ARP) |
| TP Texas Restaurant Services, LLC | 26-1377685 | 26-90205 (ARP) |
| TPJV2, LLC | 87-1324020 | 26-90212 (ARP) |
| Twin Hospitality Group Inc. | 99-1232362 | 26-90127 (ARP) |
| Twin Hospitality I, LLC | 87-2524911 | 26-90219 (ARP) |
| Twin Peaks Buyer, LLC | 83-3965454 | 26-90225 (ARP) |
| Twin Restaurant Amarillo Beverage Holding, LLC | 86-3843457 | 26-90231 (ARP) |
| Twin Restaurant Amarillo Management, LLC | 86-3864539 | 26-90236 (ARP) |
| Twin Restaurant Amarillo, LLC | 86-3805784 | 26-90242 (ARP) |
| Twin Restaurant Beverage – Texas, LLC | 26-0623414 | 26-90253 (ARP) |
| Twin Restaurant Beverage Holding, LLC | N/A | 26-90257 (ARP) |

| Entity Name | Federal Employee Identification Number (EIN) | Case Number |
|---|---|---|
| Twin Restaurant Brandon, LLC | 99-2428437 | 26-90260 (ARP) |
| Twin Restaurant Broomfield, LLC | 35-2425828 | 26-90264 (ARP) |
| Twin Restaurant Burleson Beverage Holding, LLC | 86-2190719 | 26-90267 (ARP) |
| Twin Restaurant Burleson Management, LLC | 86-2024943 | 26-90268 (ARP) |
| Twin Restaurant Burleson, LLC | 86-1971024 | 26-90271 (ARP) |
| Twin Restaurant Centennial, LLC | 80-0842894 | 26-90274 (ARP) |
| Twin Restaurant Chesapeake, LLC | 33-1977500 | 26-90279 (ARP) |
| Twin Restaurant Citrus Park, LLC | 33-1869273 | 26-90128 (ARP) |
| Twin Restaurant Denver, LLC | 45-3279131 | 26-90130 (ARP) |
| Twin Restaurant Denver, LLC | 45-3279227 | 26-90135 (ARP) |
| Twin Restaurant Development, LLC | 27-5499338 | 26-90125 (ARP) |
| Twin Restaurant El Paso Beverage Holding, LLC | 46-2903845 | 26-90269 (ARP) |
| Twin Restaurant El Paso, LLC | 80-0929262 | 26-90140 (ARP) |
| Twin Restaurant FL Payroll, LLC | 93-1853107 | 26-90152 (ARP) |
| Twin Restaurant Franchise, LLC | 68-0650719 | 26-90158 (ARP) |
| Twin Restaurant Frisco, LLC | 26-4673284 | 26-90164 (ARP) |
| Twin Restaurant Grand Prairie Beverage Holding, LLC | 86-3298169 | 26-90273 (ARP) |
| Twin Restaurant Grand Prairie Management, LLC | 86-3397821 | 26-90172 (ARP) |
| Twin Restaurant Grand Prairie, LLC | 84-4246445 | 26-90178 (ARP) |
| Twin Restaurant Holding, LLC | 46-1747711 | 26-90182 (ARP) |
| Twin Restaurant International Franchise, LLC | 46-4034259 | 26-90189 (ARP) |
| Twin Restaurant Investment Company II, LLC | 80-0891077 | 26-90196 (ARP) |
| Twin Restaurant Investment Company, LLC | 27-5502276 | 26-90201 (ARP) |
| Twin Restaurant IP, LLC | 41-4585428 | 26-90208 (ARP) |
| Twin Restaurant JV Holding, LLC | 87-2027049 | 26-90216 (ARP) |
| Twin Restaurant JV Management, LLC | 99-1337155 | 26-90224 (ARP) |
| Twin Restaurant Kissimmee, LLC | 33-1884042 | 26-90230 (ARP) |
| Twin Restaurant Lakeland, LLC | 99-2272109 | 26-90237 (ARP) |
| Twin Restaurant Lewisville, LLC | 06-1740007 | 26-90243 (ARP) |
| Twin Restaurant Little Rock, LLC | 46-1808836 | 26-90248 (ARP) |
| Twin Restaurant Live Oak Beverage Holding, LLC | 84-5065336 | 26-90251 (ARP) |
| Twin Restaurant Live Oak Management, LLC | 84-4762436 | 26-90256 (ARP) |
| Twin Restaurant Live Oak RE, LLC | 87-4287278 | 26-90261 (ARP) |
| Twin Restaurant Live Oak, LLC | 84-4009721 | 26-90265 (ARP) |
| Twin Restaurant LV-2 LLC | 46-2604138 | 26-30474 (ARP) |
| Twin Restaurant McKinney Beverage Holding, LLC | 99-2964066 | 26-90272 (ARP) |

| Entity Name | Federal Employee Identification Number (EIN) | Case Number |
|---|---|---|
| Twin Restaurant McKinney RE, LLC | 93-4639611 | 26-30475 (ARP) |
| Twin Restaurant McKinney, LLC | 93-4728459 | 26-30476 (ARP) |
| Twin Restaurant Midland Beverage Holding, LLC | 38-3984544 | 26-90276 (ARP) |
| Twin Restaurant Midland, LLC | 37-1796749 | 26-30477 (ARP) |
| Twin Restaurant N Irving Beverage Holding, LLC | 90-0928749 | 26-90280 (ARP) |
| Twin Restaurant N Irving, LLC | 90-0929904 | 26-30478 (ARP) |
| Twin Restaurant New Mexico, LLC | 83-4339335 | 26-30479 (ARP) |
| Twin Restaurant Newport News, LLC | 33-1950100 | 26-30481 (ARP) |
| Twin Restaurant Northlake Beverage Holding, LLC | 88-3414688 | 26-90282 (ARP) |
| Twin Restaurant Northlake RE, LLC | 88-2810824 | 26-30482 (ARP) |
| Twin Restaurant Northlake, LLC | 87-3559775 | 26-30483 (ARP) |
| Twin Restaurant Oakbrook, LLC | 47-1587340 | 26-30484 (ARP) |
| Twin Restaurant Odessa Beverage Holding, LLC | 45-2961435 | 26-30485 (ARP) |
| Twin Restaurant Odessa, LLC | 45-2961320 | 26-90185 (ARP) |
| Twin Restaurant Park North Beverage Holding, LLC | 36-4788503 | 26-90286 (ARP) |
| Twin Restaurant Park North Management, LLC | N/A | 26-90191 (ARP) |
| Twin Restaurant Park North, LLC | 46-5341532 | 26-90195 (ARP) |
| Twin Restaurant Plano Beverage Holding, LLC | 92-3891557 | 26-90202 (ARP) |
| Twin Restaurant Plano RE, LLC | 88-3435938 | 26-90211 (ARP) |
| Twin Restaurant Plano, LLC | 87-3533642 | 26-90215 (ARP) |
| Twin Restaurant RE, LLC | 84-3252738 | 26-90222 (ARP) |
| Twin Restaurant S Fort Worth Beverage Holding, LLC | 47-1924918 | 26-90289 (ARP) |
| Twin Restaurant S Fort Worth, LLC | 47-0981869 | 26-90232 (ARP) |
| Twin Restaurant San Angelo Beverage Holding, LLC | 84-4798661 | 26-90291 (ARP) |
| Twin Restaurant San Angelo Management, LLC | 84-4825123 | 26-90277 (ARP) |
| Twin Restaurant San Angelo, LLC | 84-4656317 | 26-90133 (ARP) |
| Twin Restaurant San Antonio Beverage Holding, LLC | 45-2665688 | 26-90138 (ARP) |
| Twin Restaurant San Antonio, LLC | 45-2731846 | 26-90143 (ARP) |
| Twin Restaurant San Marcos Beverage Holding, LLC | 84-2078198 | 26-90148 (ARP) |
| Twin Restaurant San Marcos Management, LLC | 84-2065957 | 26-90283 (ARP) |
| Twin Restaurant San Marcos, LLC | 30-1173442 | 26-90154 (ARP) |
| Twin Restaurant Sarasota RE, LLC | 88-3459204 | 26-90159 (ARP) |
| Twin Restaurant Sarasota, LLC | 88-3526444 | 26-90165 (ARP) |
| Twin Restaurant Sunland Park Beverage Holding, LLC | 47-1920053 | 26-90169 (ARP) |
| Twin Restaurant Sunland Park, LLC | 47-1865482 | 26-90173 (ARP) |
| Twin Restaurant Terrell Beverage Holding, LLC | 93-4349667 | 26-90288 (ARP) |

| Entity Name | Federal Employee Identification Number (EIN) | Case Number |
|---|---|---|
| Twin Restaurant Terrell RE, LLC | 93-1654498 | 26-90180 (ARP) |
| Twin Restaurant Terrell, LLC | 93-4337809 | 26-90188 (ARP) |
| Twin Restaurant Tyngsboro, LLC | 39-4908572 | 26-90197 (ARP) |
| Twin Restaurant Virginia Beach, LLC | 33-2039541 | 26-90203 (ARP) |
| Twin Restaurant Viva Las Vegas, LLC | 90-0854793 | 26-90209 (ARP) |
| Twin Restaurant Warrenville, LLC | 46-5568410 | 26-90218 (ARP) |
| Twin Restaurant Western Center Beverage Holding, LLC | 46-1912858 | 26-90226 (ARP) |
| Twin Restaurant Western Center, LLC | 30-0762394 | 26-90233 (ARP) |
| Twin Restaurant Westover Beverage Holding, LLC | 37-1748394 | 26-90241 (ARP) |
| Twin Restaurant Westover, LLC | 46-4057232 | 26-90246 (ARP) |
| Twin Restaurant, LLC | 16-1765332 | 26-90252 (ARP) |
| WBS FB 2023 Holdings LLC | 93-2087683 | 26-90259 (ARP) |
| Yalla Acquisition LLC | 83-2549574 | 26-90263 (ARP) |
| Yalla Mediterranean Franchising Company, LLC | 83-2541771 | 26-90292 (ARP) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FAT Brands Development 1 LLC, | ) | Case No. 26-____________(___) |
| Debtor. | ) | |

## **CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| **Equity Interest Holder** | **Approximate Percentage of Equity Interests Held** |
|---|---|
| FAT Brands Management, LLC | 99% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FAT Brands Development 1 LLC, | ) | Case No. 26-__________(___) |
| Debtor. | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "***Debtor***") respectfully represents that the following is the list of holders of the Debtor's sole class of equity or membership interests:

☐ There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

☒ The following are the Debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| FAT Brands Management, LLC<br>9720 Wilshire Blvd., Suite 500<br>Beverly Hills, CA 90212 | Membership Interest | 99% |
| Archana Chandrasekar<br>Address on File | Membership Interest | 1% |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name FAT Brands Development 1 LLC | |
| United States Bankruptcy Court for the: | **Southern District of Texas** (State) |
| Case number (If known): | |

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property *(Official Form 206A/B)*
- ☐ Schedule D: Creditors Who Have Claims Secured by Property *(Official Form 206D)*
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims *(Official Form 206E/F)*
- ☐ Schedule G: Executory Contracts and Unexpired Leases *(Official Form 206G)*
- ☐ Schedule H: Codebtors *(Official Form 206H)*
- ☐ Summary of Assets and Liabilities for Non-Individuals *(Official Form 206Sum)*
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**04/07/2026**
MM/ DD/YYYY

☒ ***/s/ John C. DiDonato***
Signature of individual signing on behalf of debtor

**John C. DiDonato**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**WRITTEN CONSENT OF THE MANAGING MEMBER OF**
**FAT BRANDS DEVELOPMENT 1 LLC,**
**April 6, 2026**

The undersigned, being all the members of the board of directors (the "Parent Board") of FAT Brands Inc, on behalf of FAT Brands Management, LLC., the managing member (the "Authorizing Body") of FAT Brands Development 1 LLC (the "Company"), and acting in accordance with the applicable governing documents of the Company and applicable law, does hereby, on behalf of the Company and in the capacity described above, consent to, adopt, approve, ratify, and confirm by written consent, the following recitals and resolutions with the same force and effect as if they had been approved and adopted at a duly convened meeting of the Authorizing Body (collectively, the "Consent"):

**WHEREAS**, the Authorizing Body has had the opportunity to consult with the Company's management and the Company's professionals and financial and legal advisors and fully consider the strategic alternatives available to the Company; and

**WHEREAS**, the Authorizing Body has in an exercise of its business judgment determined that it is advisable and in the best interest of the Company and its stakeholders that the Company seeks relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code").

**CHAPTER 11 CASE**

**NOW, THEREFORE, BE IT RESOLVED**, that, in the business judgment of the Authorizing Body, after consultation with the Company's management and the Company's professionals and legal and financial advisors, it is deemed desirable and in the best interest of the Company, its creditors, and other interested parties, that the Company seeks relief under the provisions of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Company is hereby authorized, and the Authorizing Body or any other duly appointed officer or manager of the Company (including the CRO and the Deputy CRO (each as defined below)) authorized by the Authorizing Body to act on behalf of the Company (each an "Authorized Signatory" and, collectively, the "Authorized Signatories"), in each case, acting singly or jointly, shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") in such form and at such time as the Authorized Signatory executing said petition shall determine;

**FURTHER RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized and directed on behalf of the Company, to seek to have the Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by its affiliated debtors, under Chapter 11 of the Bankruptcy Code (the respective Chapter 11 Case, together with such other separate cases, the "Chapter 11 Cases");

**FURTHER RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all credit documents, and to take any and all actions that each Authorized Signatory

deems necessary or appropriate, each in connection with the Chapter 11 Cases;

**FURTHER RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to the extent applicable, to use, and seek necessary approvals to negotiate and obtain the use of, cash collateral and to prepare each of the documents and instruments necessary to evidence such use, in such amounts and on such terms as may be agreed by any Authorized Signatory, including, without limitation, the grant of replacement liens, superpriority administrative claims, payment of fees and expenses, and other terms, as is reasonably necessary, proper or advisable for the continuing affairs of the Company; and

**FURTHER RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to enter into such agreements, waivers, amendments or modifications, or other supplements relating to the Company's existing indebtedness as may be deemed necessary or appropriate by such Authorized Signatory.

**CHIEF RESTRUCTURING OFFICER**

**NOW, THEREFORE, BE IT RESOLVED**, that (i) the Authorizing Body hereby appoints John C. DiDonato as Chief Restructuring Officer (the "CRO") and Abhimanyu Gupta, as Deputy Chief Restructuring Officer (the "Deputy CRO" and, together with the CRO, the "CROs") of the Company, and that the CROs shall report to, and take direction from, the Special Committees (as defined in that certain Unanimous Written Consent of the Boards of FAT Brands Inc., Twin Hospitality Group Inc., and the SC Entities, dated February 8, 2026) and (ii) all disbursements made by the Company shall be subject to the CROs' oversight and authorization, including disbursements related to the administration of the Chapter 11 Cases and related fees and expenses;

**FURTHER RESOLVED**, that each of the CROs, in coordination with the advisors and other members of management, subject to the direction the Special Committees with respect to matters within the Special Committees' mandate, hereby is, authorized and empowered, to negotiate, execute, deliver, and file in the name and on behalf of the Company, and under its seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, agreements, and other documents in the United States Bankruptcy Court, and, in connection therewith, to take and perform any and all further acts and deeds which the CROs deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case and matters relating thereto;

**FURTHER RESOLVED**, that the Authorizing Body hereby authorizes and ratifies in all respects (i) the form, terms, and provisions of that certain Engagement Letter engaging the CROs (the "CROs Engagement Letter"); (ii) the execution and delivery by FAT Brands and Twin Hospitality of the CROs Engagement Letter on behalf of each of their direct and indirect subsidiaries; and (iii) the performance by the Company of their duties and obligations thereunder;

**FURTHER RESOLVED**, that each CRO is authorized and empowered to perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in accordance with the scope outlined in the CROs Engagement Letter and set forth herein; and

**FURTHER RESOLVED**, that the Authorizing Body hereby authorizes Huron Consulting Group Inc. to assign additional personnel to support the CROs and the Company, to serve in various

capacities with the Company, and to perform other services required of the CROs and the Company pursuant to the CROs Engagement Letter.

RETENTION OF PROFESSIONALS

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain (i) Latham & Watkins LLP ("Latham") to act as bankruptcy counsel for the Company, (ii) Hunton Andrews Kurth LLP to act as bankruptcy co-counsel for the Company, (iii) GLC Advisors & Co., LLC ("GLC") to act as investment banker for the Company, (iv) Huron Consulting Group Inc. ("Huron") to act as financial advisor and to provide CRO services to the Company, and (v) Omni Agent Solutions, Inc. to act as noticing, solicitation and subscription agent for the Company, in each case, in connection with the Chapter 11 Cases (collectively (i) through (v), the "Professionals");

**FURTHER RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms as may be deemed necessary or appropriate by each Authorized Signatory to assist such Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and

**FURTHER RESOLVED**, that the Company is hereby authorized, and each Authorized Signatory shall be, and hereby is, authorized and empowered, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or as otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Signatory shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

GENERAL AUTHORITY AND RATIFICATION OF CONSISTENT ACTIONS

**NOW, THEREFORE, BE IT RESOLVED**, that all past or future acts lawfully done or actions lawfully taken by any Authorized Signatory or any of the Professionals in connection with the Chapter 11 Cases, any proceedings or matters related thereto, including the appointment of the CROs and the ratification of the CROs Engagement Letter be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**FURTHER RESOLVED**, that all actions taken and agreements and documents executed by the Authorized Signatories, or any person or persons designated and authorized to act by any of them, prior to the adoption of these resolutions which would have been authorized by these resolutions had such actions been taken (or documents been executed) after adoption of these resolutions, are ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that each Authorized Signatory, acting alone, is authorized and directed on behalf of the Company to do or cause to be done, and to grant such powers of attorney as are necessary or desirable to do or be done on behalf of the Company or its subsidiaries, all such acts or things and to sign and deliver, or cause to be signed and delivered, all such agreements, documents, instruments and certificates, as such officer or officers may deem necessary, advisable or appropriate to effectuate or carry out the purposes and intent of the foregoing resolutions and to perform the obligations of the

Company under the agreements and instruments referred to therein, with such execution and delivery of such agreements, documents, instruments or certificates to be conclusive evidence that the form, terms and provisions thereof have been approved by the Authorizing Body; and

**FURTHER RESOLVED**, that the Authorizing Body hereby approves of the transactions discussed herein and all related documents, instruments and agreements relating to such transactions on behalf of the Company, as applicable, and hereby authorizes the Company to approve the transactions, and hereby authorizes the Company to enter into and perform its respective obligations in connection with the transactions and all related agreements, documents, instruments and certificates contemplated thereby.

These Consents may be executed in one or more counterparts, including via Docusign, facsimile, portable document format (pdf) or other electronic transmission, each of which shall be deemed an original for all purposes and all of which together shall constitute one and the same written consent.

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Parent Board of FAT Brands Inc, on behalf of FAT Brands Management, LLC, the managing member of FAT Brands Development 1 LLC, has executed this Consent as of the date first written above.

*[Signature Page Follows]*

**FAT Brands Inc**, on behalf of **FAT Brands Management, LLC.**, the managing member of **FAT Brands Development 1 LLC**

DocuSigned by:

D67DA9A0FF154AD...

Neal P. Goldman

DocuSigned by:

Patrick J. Bartels Jr.

95ACF578458A4F8...

Patrick Bartels

| Fill in this information to identify the case: |
|---|
| Debtor name: FAT Brands, Inc., et al. |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (If known): ______________ |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 1/26

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor | Complete mailing address, and employee, agents, or department familiar with claim | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SYSCO | 1290 Enclave Parkway<br>Houston, TX 77077 | 1290 Enclave Parkway<br>Houston, TX 77077<br>NANCY.PICKETT@SYSCO.COM,<br>GREGG.DADOWSKI@SYSCO.COM | Trade Payables | | | | $4,968,934.33 |
| 2 | ENLIVEN, LLC | 231 PUBLIC SQ STE 300 PMB 49<br>Franklin, TN 37064 | 231 PUBLIC SQ STE 300 PMB 49<br>Franklin, TN 37064 | Trade Payables | | | | $4,613,117.16 |
| 3 | Stratford Holding LLC | 119 West 57th St #906<br>New York, NY 10120 | 119 West 57th St #906<br>New York, NY 10120 | Unliquidated Litigation | | | | $3,980,000.00 |
| 4 | GIBSON, DUNN & CRUTCHER LLP | 333 S. Grand Ave<br>Los Angeles, CA 99071 | 333 S. Grand Ave<br>Los Angeles, CA 99071<br>213-229-7333 | Trade Payables | | | | $2,566,869.25 |
| 5 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C | One Financial Center<br>Boston, MA 02111 | One Financial Center<br>Boston, MA 02111<br>617-542-6000 | Trade Payables | | | | $2,483,709.85 |
| 6 | GREENBERG TRAURIG, LLP | 1840 CENTURY PARK EAST, STE. 1900<br>Los Angeles, CA 90067 | 1840 CENTURY PARK EAST, STE. 1900<br>Los Angeles, CA 90067<br>310-586-7700 | Trade Payables | | | | $2,344,298.34 |
| 7 | Hueston Hennigan LLP | 523 West 6th St<br>Unit 400<br>Los Angeles, CA 90014 | 523 West 6th St<br>Unit 400<br>Los Angeles, CA 90014 | Trade Payables | | | | $2,290,817.77 |
| 8 | Robert G. Rosen | 14 Todd Road<br>Katonah, NY 10536 | 14 Todd Road<br>Katonah, NY 10536 | Consulting Services | | | | $2,016,666.68 |
| 9 | CARDLYTICS, INC | 75 REMITTANCE DR, DEPT 3247<br>Chicago, IL 60675-3247 | 75 REMITTANCE DR, DEPT 3247<br>Chicago, IL 60675-3247 | Trade Payables | | | | $1,750,846.21 |
| 10 | DENTONS US LLP | 601 S. FIGUEROA ST., STE. 2500<br>Los Angeles, CA 90017-5704 | 601 S. FIGUEROA ST., STE. 2500<br>Los Angeles, CA 90017-5704<br>213-243-6120 | Trade Payables | | | | $1,363,746.75 |
| 11 | DOORDASH INC | PO Box 735240<br>Dallas, TX 75373 | PO Box 735240<br>Dallas, TX 75373 | Trade Payables | | | | $1,355,890.70 |
| 12 | Iversen Proctor LLP | 1325 Palmetto St<br>Los Angeles, CA 90013 | 1325 Palmetto St<br>Los Angeles, CA 90013<br>213-787-7699 | Trade Payables | | | | $1,147,660.28 |
| 13 | BRYAN CAVE LEIGHTON PAISNER LLP | PO Box 503089<br>St. Louis, MO 63150-3089 | PO Box 503089<br>St. Louis, MO 63150-3089<br>310-576-2100 | Trade Payables | | | | $1,080,179.84 |
| 14 | Indiana Capital Consulting LLC | 1121 Laurelwood<br>Carmel, IN 46032 | 1121 Laurelwood<br>Carmel, IN 46032 | Consulting Services | | | | $833,332.92 |
| 15 | KATTEN MUCHIN ROSENMAN LLP | 2900 K St, NW<br>North Tower - Ste 200<br>Washington, DC 20007-5118 | 2900 K St, NW<br>North Tower - Ste 200<br>Washington, DC 20007-5118 | Trade Payables | | | | $584,644.10 |
| 16 | PERFORMANCE FOOD GROUP, INC. | 12500 West Creek Parkway<br>Richmond, VA 23238 | 12500 West Creek Parkway<br>Richmond, VA 23238 | Trade Payables | | | | $492,759.50 |
| 17 | BDO | PO Box 642743<br>Pittsburgh, PA 15264-2743 | PO Box 642743<br>Pittsburgh, PA 15264-2743<br>305-381-8000 | Trade Payables | | | | $459,022.93 |
| 18 | UNITED SERVICE NETWORK LLC | 16414 San Pedro Ave<br>Suite 455<br>San Antonio, TX 78232 | 16414 San Pedro Ave<br>Suite 455<br>San Antonio, TX 78232 | Trade Payables | | | | $408,378.79 |
| 19 | KLEVER PROGRAMATIC US INC | 2212 S. Chicksaw Trail<br>Orlando, FL 32825 | 2212 S. Chicksaw Trail<br>Orlando, FL 32825 | Trade Payables | | | | $405,659.95 |
| 20 | SF PARTNERS LLC | 488 Madison Ave<br>Suite 2103<br>New York, NY 10022 | 488 Madison Ave<br>Suite 2103<br>New York, NY 10022 | Trade Payables | | | | $385,759.19 |
| 21 | RE MOORE CONSTRUCTION INC | 1817 Blue Granite Ct<br>Marietta, GA 30066 | 1817 Blue Granite Ct<br>Marietta, GA 30066<br>770-592-0179 | Trade Payables | | | | $350,852.98 |
| 22 | SIMPLIFI HOLDINGS, LLC | 128 East Exchange Ave<br>Suite 700<br>Ft. Worth, TX 76164 | 128 East Exchange Ave<br>Suite 700<br>Ft. Worth, TX 76164 | Trade Payables | | | | $333,047.00 |
| 23 | IHEARTMEDIA | FILE #56107 LOS ANGELES, CA 90074-6107 | FILE #56107 LOS ANGELES, CA 90074-6107 | Trade Payables | | | | $303,534.47 |
| 24 | PLUSNXT | 800 S FIGUEROA ST SUITE 1205 LOS ANGELES, CA90017 | 800 S FIGUEROA ST SUITE 1205 LOS ANGELES, CA90017 | Trade Payables | | | | $302,356.31 |
| 25 | GOOGLE INC. | PO BOX 883654 LOS ANGELES, CA 9008-3654 | PO BOX 883654 LOS ANGELES, CA 9008-3654 | Trade Payables | | | | $300,707.98 |
| 26 | PUNCHH INC | P.O. BOX 536257 PITTSBURGH, PA 15253 | P.O. BOX 536257 PITTSBURGH, PA 15253 | Trade Payables | | | | $282,726.65 |

| | Name of creditor | Complete mailing address, and employee, agents, or department familiar with claim | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | RIGHT PLACE MEDIA LLC | 437 LEWIS HARGETT CIR STE 130<br>LEXINGTON, KY 40503 | 437 LEWIS HARGETT CIR STE 130<br>LEXINGTON, KY 40503 | Trade Payables | | | | $280,519.77 |
| 28 | LOEB AND LOEB LLP GENERAL ACCOUNT | 10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles, CA 90067 | 10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles, CA 90067 | Trade Payables | | | | $278,464.74 |
| 29 | WYNN LAS VEGAS, LLC | FILE 740910 LOS ANGELES, CA 90074-0910 | FILE 740910 LOS ANGELES, CA 90074-0910 | Trade Payables | | | | $270,824.20 |
| 30 | NCR CORPORATION | PO BOX 198755 ATLANTA, GA 30384-8755 | PO BOX 198755 ATLANTA, GA 30384-8755 | Trade Payables | | | | $254,531.56 |